UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MICHAEL WEBSTER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | NO. 3:16-cv-1979 |
| v. | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| SHAWN PHILLIPS, Warden | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Petitioner Michael Webster's petition for the writ of habeas corpus (ECF No. 1) is **DENIED**, and this matter is **DISMISSED**.

As explained in the Memorandum Opinion, the Court finds that the issues raised in the § 2254 petition do not "deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Court therefore **DENIES** a certificate of appealability ("COA"). The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

This is a final order for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE